IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DARRYL BECKEM                                                                                    PLAINTIFF

v.                                                                                    No. 4:19CV32-GHD-RP

TIMOTHY MORRIS, ET AL.                                                                      DEFENDANTS

ORDER *DECLINING* TO ADOPT THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [5], *DIRECTING* THE CLERK
OF THE COURT TO SEND THE PLAINTIFF ANOTHER
COPY OF THE REQUIRED FORMS

This matter comes before the court on the Magistrate Judge's Report and Recommendation that the instant case be dismissed under Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with an order of the court. The court ordered Mr. Beckem to complete and return several forms necessary for the expeditious administration of this case. The court did not receive the documents by the deadline, which led to the recommendation of dismissal. Mr. Beckem objected [7] to the Report and Recommendation, arguing that he had, indeed, mailed the forms back before the deadline – and that they must have been misplaced in the mail. The court will take him at his word; as such, the court will not adopt Magistrate Judge's Report and Recommendation. In addition, the Clerk of the Court is **DIRECTED** to send Mr. Beckem the *pro se* prisoner forms originally ordered [4] him to complete and return. The plaintiff's deadline to complete and return the forms is 21 days after the Clerk mails them.

**SO ORDERED**, this, the _9th_ day of January, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE