IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DARRYL BECKEM**                                                            **PLAINTIFF**

**v.**                                                                  **No. 4:19cv32-GHD-RP**

**TIMOTHY MORRIS, ET AL.**                                **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the Order Adopting Report and Recommendation entered this day, Darryl Beckem's complaint pursuant to 42 U.S.C. §1983 [1] is **DISMISSED**. A Certificate of Appealability is **DENIED**.

**SO ORDERED**. This the   2nd   day of November, 2021.

_____
**UNITED STATES DISTRICT JUDGE**